B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**JEM Sanitation Corp.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**22-3182400** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**800 Schuyler Avenue**<br>**Lyndhurst, NJ**<br>ZIP Code **07071** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Bergen** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) | |
|---|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 | ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) | |
|---|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." | ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐<br>1-<br>49 | ■<br>50-<br>99 | ☐<br>100-<br>199 | ☐<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $100<br>million | ☐<br>$50,000,001<br>to $500<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **JEM Sanitation Corp.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**JEM Carting Group Corp.** | Case Number: | Date Filed: |
|---|---|---|
| District:<br>**Southern District of New York** | Relationship:<br>**Parent Corp.** | Judge: |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

</td>
<td>

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____<br>
Signature of Attorney for Debtor(s)          (Date)

</td>
</tr>
</table>

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____<br>
(Name of landlord that obtained judgment)

_____<br>
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **JEM Sanitation Corp.** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Alex Spizz**
Signature of Attorney for Debtor(s)

**Alex Spizz AS-5508**
Printed Name of Attorney for Debtor(s)

**Nachamie Spizz Cohen & Serchuk, P.C.**
Firm Name

**425 Park Avenue**
**5th Floor**
**New York, NY 10022**

Address

                              **Email: aspizz@nscslaw.com**
**212-754-9400  Fax: 212-754-6262**
Telephone Number

**June 11, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Kenneth J. Santo**
Signature of Authorized Individual

**Kenneth J. Santo**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**June 11, 2013**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# CORPORATE RESOLUTION

I, the undersigned, being the President of JEM Sanitation Corp., a New Jersey corporation (the "Company"), do hereby certify that the Board of Directors (the "Board") of the Company duly adopted the following resolutions at a meeting held on June 11, 2013, and they have not been modified or rescinded, and remain in full force and effect:

"**RESOLVED**, that in the judgment of the Board it is desirable and in the best interests of the Company, its creditors, shareholders and other interested parties that a petition be filed by the Company seeking relief under the provisions of chapter 11 of title 11, United States Code, (the "Bankruptcy Code") in which the authority to operate as a debtor-in-possession will be sought, and the filing of such petition is authorized hereby, and the Company shall initiate a bankruptcy case and proceedings; and it is further

**RESOLVED**, that any individual duly appointed by the Board as the President or Vice President (each, an "Authorized Officer," and together, the "Authorized Officers"), be and hereby is, authorized and directed, for and on behalf of the Company, to execute and verify a petition in the name of the Company under chapter 11 of the Bankruptcy Code and cause the same to be filed in a United States Bankruptcy Court in such form and at such time as the Authorized Officer executing said petition on behalf of the Company shall determine; and it is further

**RESOLVED**, that the Authorized Officers of the Company be, and each of them hereby is, authorized and directed, for and on behalf of the Company to take or cause to be taken any and all actions, in compliance with applicable law, which the Authorized Officer taking such action(s) may deem necessary or appropriate to communicate the position of this Board, as set forth in the foregoing resolutions, to the Company's stockholders; and it is further

**RESOLVED**, that the Authorized Officers of the Company, or any of them, be and they are hereby are, authorized to execute, verify and/or file or cause to be filed (or direct others to do so on their behalf), all documents, including, without limitation, petitions, schedules, lists, affidavits, motions, pleadings and other papers and to take any and all action which they may deem necessary or proper in connection with such proceedings under chapter 11 of the Bankruptcy Code, and in that connection to retain and employ Nachamie Spizz Cohen & Serchuk, P.C. as insolvency counsel, and to retain and employ other legal counsel or other professionals (including the Horowitz Law Group as special labor counsel and Rosen

Seymour Shapss Martin & Company as accountants) which they may deem necessary or proper with a view to the successful conclusion of such bankruptcy case; and it is further

**RESOLVED**, that the Company, as debtor and debtor in possession be, and hereby is, authorized to grant any guarantees, pledges, mortgages, and other security interests as necessary to obtain use of cash collateral or debtor in possession financing; and it is further

**RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized and empowered for and in the name and on behalf of the Company to amend, supplement or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements or other writings referred to in the foregoing resolutions; and it is further

**RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized, in the name and on behalf of the Company to take or cause to be executed or delivered all such further agreements, documents, certificates and undertakings, and to incur all such fees and expenses as in their judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is further

**RESOLVED**, that all acts lawfully done or actions lawfully taken by any Authorized Officer to seek relief on behalf of the Company under chapter 11 of the Bankruptcy Code, or in connection with the chapter 11 case, or any matter related thereto, be and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company.

**IN WITNESS WHEREOF**, I have hereunto set my hand, this 11th day of June, 2013.

_s/ Kenneth J. Santo_

Kenneth J. Santo
President

# United States Bankruptcy Court
## Southern District of New York

In re   **JEM Sanitation Corp.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **JEM Sanitation Corp.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**JEM Carting Group Corp.**
**800 Schuyler Avenue**
**Lyndhurst, NJ 07071**

☐ None [*Check if applicable*]

**June 11, 2013**

Date

**/s/ Alex Spizz**

**Alex Spizz AS-5508**

Signature of Attorney or Litigant
Counsel for   **JEM Sanitation Corp.**
**Nachamie Spizz Cohen & Serchuk, P.C.**
**425 Park Avenue**
**5th Floor**
**New York, NY 10022**
**212-754-9400 Fax:212-754-6262**
**aspizz@nscslaw.com**

# United States Bankruptcy Court
## Southern District of New York

In re   __JEM Sanitation Corp.__ 

Debtor(s)

Case No. _____

Chapter   __11__   _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   __JEM Sanitation Corp.__   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**JEM Carting Group Corp.
800 Schuyler Avenue
Lyndhurst, NJ 07071**

☐ None [*Check if applicable*]

**June 11, 2013**

Date

**/s/ Alex Spizz**

**Alex Spizz AS-5508**

Signature of Attorney or Litigant
Counsel for   **JEM Sanitation Corp.**

**Nachamie Spizz Cohen & Serchuk, P.C.**

**425 Park Avenue
5th Floor
New York, NY 10022
212-754-9400 Fax:212-754-6262
aspizz@nscslaw.com**

**United States Bankruptcy Court**
**Southern District of New York**

In re    __JEM Sanitation Corp.__ _____

                                      Debtor(s)

Case No. _____

Chapter   __11__ _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __June 11, 2013__ _____

          /s/ Kenneth J. Santo _____
          **Kenneth J. Santo/President**
          Signer/Title

A-Z QUALITY CLEANING SERVICE
119 SANFORD AVE
LYNDHURST, NJ 07071


ACTION CARTING SERVICES INC.
920 E. 143RD ST
BRONX, NY 10454


ADT SECURITY SERVICES
P.O. BOX 371967
PITTSBURGH, PA 15250-7967


ADVANCED ENTERPRISES
RECYCLING, INC.
442 FRELINGHUYSEN AVE
NEWARK, NJ 07114


ADVANCED RECOVERY, INC.
41 MECHANIC ST
PORT JERVIS, NY 12771


AFCO
P.O. BOX 360572
PITTSBURGH, PA 15260-6572


AMBROSIO & TOMCZAK
CHIAIA & ASSOCIATES LLC
750 VALLEYBROOK AVENUE
LYNDHURST, NJ 07071


ATLANTIC/DELAGE FINANCIAL SVCS
P.O. BOX 41601
PHILADELPHIA, PA 19101-1601


RICHARD BARRERA
C/O SEAN M. DILLION, LLC
70 HILLTOP ROAD
RAMSEY, NJ 07446


BELLEVILLE SCALE
P.O. BOX 540 ORANGE
ORANGE, NJ 07051

BIAGIOTTI MARINO & MONTECALLO
TRUST ACCOUNT
190 MOORE STREET, STE. 204
HACKENSACK, NJ 07601


CAMP AUTO & TRUCK PARTS
9 WHITMORE AVE
WAYNE, NJ 07470


CELLMARK INC.
22 PELICAN WAY
SAN RAFAEL, CA 94901


CELLMARK, INC.
80 WASHINGTON STREET
NORWALK, CT 06854


CHASE CARD SERVICES
P.O. BOX 15153
WILMINGTON, DE 19886-5153


CITI CARDS
P.O. BOX 183058
COLUMBUS, OH 43218-3058


COMMERCIAL CREDIT GROUP INC.
121 WEST TRADE STREET
SUITE 2100
CHARLOTTE, NC 28202


CONSTELLATION ENGERGY
14217 COLLECTION CENTER DR
CHICAGO, IL 60693


COVANTA ESSEX
P.O. BOX 18566
NEWARK, NJ 07191-8566


DAVID WEBER OIL CO.
601 INDUSTRIAL ROAD
CARLSTADT, NJ 07072

E-Z PASS CUSTOMER SERVICE
CENTER
P.O. BOX 52005
NEWARK, NJ 07101-8250

EAST COAST TOYOTA SCION
85 ROUTE 17
WOOD RIDGE, NJ 07075

ELS TRANSFER
100 BALER BLVD
NORTH ARLINGTON, NJ 07031

EMPIRE COMMERCIAL SERVICES L.P.
543 CARY AVE
STATEN ISLAND, NY 10310

ESI - DOREMUS AVE (2)
540 DOREMUS AVENUE
NEWARK, NJ 07105

FIRSTCARE MEDICAL GROUP
750 VALLEY BROOK AVE
ATTN: KATHY GINGERELLI
LYNDHURST, NJ 07071

GEORGE M. COMAS, INC.
73 JEFFERSON AVENUE
WESTWOOD, NJ 07675

GIAIMO & VREEBURG, PC
GIAIMO ASSOCIATES, LLP
80-02 KEW GARDENS ROAD
KEW GARDENS, NY 11415

GLASS PRODUCTS ETC. INC.
210 VANDERPOOL STREET
NEWARK, NJ 07114

LEONARD HIGGINS
367 MOUTAIN AVENUE
RIDGEWOOD, NJ 07450

HOROWITZ LAW GROUP, LLC
101 EISENHOWER PARKWAY
ROSELAND, NJ 07068


HRI CONSULTING INC.
380 LEXINGTON AVE
17TH FLOOR
NEW YORK, NY 10168


INTERNAL REVENUE SERVICE
1 KALISA WAY
ATTN: NELSON FIGEROA
PARAMUS, NJ 07652


INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346


KOTULAK & CO., PC
1035 ROUTE 46 EAST, STE. B-107
ATTN: MR. TOM KOTULAK
CLIFTON, NJ 07013


LAW OFFICE OF JOHN R. ALTIERI
25 EAST SALEM STREET
P.O. BOX 279
HACKENSACK, NJ 07602-0279


LEMCOR INC.
170-180 FRELINGHUYSEN AVENUE
NEWARK, NJ 07114


LEXUS FINANCIAL SERVICES
P.O. BOX 17187
BALTIMORE, MD 21297-0511


LIBERTY PEST CONTROL
8220 17TH AVENUE
BROOKLYN, NY 11214


LITHOMATIC BUSINSS SYSTEMS
233 WEST 18TH STREET
NEW YORK, NY 10011

LOCAL 108
121 EAST 24TH STREET
8TH FLOOR
NEW YORK, NY 10018

LOCAL 108
121 E. 24TH STREET
8TH FLOOR
NEW YORK, NY 10010

LOCAL 116
1065 OLD COUNTRY ROAD, STE 202
WESTBURY, NY 11590

LOCAL 116
320 NORTHERN BOULEVARD
SUITE 20B
GREAT NECK, NY 11021

LOCAL 813
45-18 COURT SQUARE
SUITE 600
LONG ISLAND CITY, NY 11101-4347

LOCAL 813
45-18 COURT SQUARE
SUITE 600
LONG ISLAND CITY, NY 11101

LOCAL UNION 621
UNITED WORKERS OF AMERICA
367 LONG BEACH ROAD, #147
ISLAND PARK, NY 11558

LORCO
450 SOUTH FRONT ST
ELIZABETH, NJ 07202

MCNEILUS BRANCH PENNSYLVANIA
941 HEMLOCK RD
P.O. BOX 219
MORGANTOWN, PA 19543

METROPOLITAN TELECOMMUNICATIONS
P.O. BOX 9660
ATTN: DEBBIE PAIGE
MANCHESTER, NH 03108-9660


NEW JERSEY CASUALTY COMPANY
P.O. BOX 1228
WEST TRENTON, NJ 08628-0277


NEW JERSEY DEPT. OF REVENUE
P.O. BOX 632
TRENTON, NJ 08646


NEW JERSEY DIV. OF TAXATION
22-08 ROUTE 208 SOUTH
ATTN: CHRIS ROMANO
FAIR LAWN, NJ 07410


NEW YORK STATE INSURANCE FUND
199 CHURCH STREET
NEW YORK, NY 10007


NJ DIVISION OF FIRE SAFETY
P.O. BOX 809
TRENTON, NJ 08625-0809


NYC DEP OF FINANCE
P.O. BOX 2127
NEW YORK, NY 10272-2127


NYC DEPT. OF FINANCE
345 ADAMS STREET, 3RD FL
ATTN: LEGAL - DEVORA COHN
BROOKLYN, NY 11201


NYS DEPT. OF TAX & FINANCE
W.A. HARRIMAN CAMPUS, BLDG. 9
ATTN: OFFICE OF COUNSEL
ALBANY, NY 12227


NYS DEPT. TAXATION & FINANCE
BANKR./SPEC. PROCEDURES SECT
P.O. BOX 5300
ALBANY, NY 12205-0300

NYS UNEMPLOYMENT INSURANCE
FUND
P.O. BOX 551
ALBANY, NY 12201

OXFORD HEALTH PLANS
P.O. BOX 1697
NEWARK, NJ 07101-1697

PAGE AND SCHUYLER REALTY
367 MOUNTAIN AVENUE
RIDGEWOOD, NJ 07450

PITNEY BOWES
P.O. BOX 371887
PITTSBURGH, PA 15250-7887

PRIME UNIFORM
420 51ST STREET
WEST NEW YORK, NJ 07093

PSE&G CO.
P.O. BOX 14104
NEW BRUNSWICK, NJ 08906-4104

RLK TRANSPORTATION
41738 ESTERLY DRIVE
COLUMBIANA, OH 44408

S&F RADIATOR
1022 TONNELLE AVENUE
NORTH BERGEN, NJ 07047

LUCRECTIA SANTO
51 SUMMER HILL ROAD
WAYNE, NJ 07470

SECURITY EXCHANGE COMMISSION
THE WOOLWORTH BUILDING
233 BROADWAY - JOHN MURRAY
NEW YORK, NY 10279

SPRINT
P.O. BOX 4181
CAROL STREAM, IL 60197-4181

SUPER QUALITY OIL
221 HARRISON AVENUE
GARFIELD, NJ 07026


TEAMSTERS L. 945 BENEFIT FUNDS
C/O COHEN, LEDER, MONTALBANO
1700 GALLOPING HILL ROAD
KENILWORTH, NJ 07033


TM & M MECHANICAL
225 W 36TH ST
NEW YORK, NY 10018


TOWNSHIP OF LYNDHURST
LYNDHURST TOWN HALL
LYNDHURST, NJ 07071


TRAVELERS
CL REMITTANCE CENTER
HARTFORD, CT 06183-1008


TRC
P.O. BOX 8500-53878
PHILADELPHIA, PA 19178-3878


TREASURER - STATE OF NJ
P.O. BOX 417
TRENTON, NJ 08646-0417


TRS RECOVERY SERVICES INC.
21 GRIFFIN ROAD NORTH
WINDSOR, CT 06095


TRUX ROUTE MANAGEMENT
485 PINEBUSH ROAD, STE. 302
CAMBRIDGE, ON N1T0A6
CANADA


UNITED STATES ATTORNEY
ONE ST. ANDREW'S PLAZA
CLAIMS UNIT - ROOM 417
NEW YORK, NY 10007

VEOLIA ES SOLID WASTE OF NJ INC.
27-33 IOWA AVE
PATERSON, NJ 07503


VERIZON
P.O. BOX 15124
ALBANY, NY 12212


VERIZON WIRELESS
P.O. BOX 408
NEWARK, NJ 07101-0408


DAVID VERZI
226 WELLS STREET
WESTFIELD, NJ 07090


DAVID WANKOFF
767 THIRD AVENUE
NEW YORK, NY 10017


WASTE MANAGEMENT
101 SILVIA STREET
EWING, NJ 08628


WASTE MATERIAL RECYCLING
& GENERAL INDUSTRIAL
121 EAST 24TH STREET
NEW YORK, NY 10010


JACK WEINSTEIN
106 MCINTOSH DRIVE
MAHWAH, NJ 07105


WELLS FARGO FINANCIAL
P.O. BOX 6434
CAROL STREAM, IL 60197-6434