B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re    **JEM Sanitation Corp.**

Debtor

Case No. ___**13-11936**___

Chapter ___**11**___

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 938,650.31 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 630,711.05 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 212,075.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 13 | | 6,654,895.92 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 23 | | | |
| Total Assets | | | 938,650.31 | | |
| Total Liabilities | | | | 7,497,681.97 | |

B6A (Official Form 6A) (12/07)

In re   **JEM Sanitation Corp.**                                                    Case No.   **13-11936**
                                    Debtor

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|   |   |   |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |

**0**   continuation sheets attached to the Schedule of Real Property                    (Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re   **JEM Sanitation Corp.**                                          Case No.  __**13-11936**_____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **JPMorgan Chase Accounts**<br>**301 Ridge Road**<br>**Lyndhurst, NJ 07071**<br><br>**Spencer Savings Bank**<br>**230 Ridge Road**<br>**Lyndhurst, NJ 07071** | -<br><br><br><br>- | 5,000.00<br><br><br><br>5,000.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >       **10,000.00**
(Total of this page)

__**2**__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **JEM Sanitation Corp.**                                                    Case No. _____**13-11936**_____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Trade | - | 592,650.31 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >    592,650.31
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **JEM Sanitation Corp.**                                      Case No. ___**13-11936**___
_____
                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Trucks, trailers and accessories Location: 800 Schuyler Avenue, Lyndhurst NJ 07071** | - | 160,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Miscellaneous office equipment and supplies** | - | 1,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Compactors, containers, stationary units Location: 800 Schuyler Avenue, Lyndhurst, NJ 07071** | - | 150,000.00 |
| 30. Inventory. | | **Supplies, parts, tires, etc. Location: 800 Schuyler Avenue, Lyndhurst, NJ 07071** | - | 25,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > (Total of this page) | 336,000.00 |
|---|---|---|
|  | Total > | 938,650.31 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re __JEM Sanitation Corp._____,          Case No. ____13-11936_____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | | |
| Account No. **xxxx0902**<br><br>Cellmark Inc.<br>22 Pelican Way<br>San Rafael, CA 94901 | | | - | | 4/5/12<br><br>Blanket lien on all assets<br><br>Equipment<br><br>Value $            4,000,000.00 | | | | 119,058.00 | 0.00 |
| Account No. **xxxxx0901**<br><br>Commercial Credit Group Inc.<br>121 West Trade Street<br>Suite 2100<br>Charlotte, NC 28202 | | | - | | 11/25/09<br><br>Blanket lien on all assets<br><br>Equipment<br><br>Value $            4,000,000.00 | | | | 88,613.48 | 0.00 |
| Account No. **xxxxx0901**<br><br>Commercial Credit Group Inc.<br>121 West Trade Street<br>Suite 2100<br>Charlotte, NC 28202 | | | - | | 12/31/09<br><br>Blanket lien on all assets<br><br>Equipment<br><br>Value $            4,000,000.00 | | | | 97,485.31 | 0.00 |
| Account No.<br><br>Internal Revenue Service<br>1 Kalisa Way<br>Paramus, NJ 07652 | | | - | | 3/21/05<br><br>Federal tax lien on all assets<br><br>Value $            4,000,000.00 | | | X | 113,516.94 | 0.00 |
| __1__   continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | 418,673.73 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re   **JEM Sanitation Corp.**                                                    Case No. _____**13-11936**_____
                                              Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | 11/21/05 | | | | | |
| Internal Revenue Service 1 Kalisa Way Paramus, NJ 07652 | - | | | | Federal tax lien on all assets | | | X | | |
| | | | | | Value $          4,000,000.00 | | | | 101,178.32 | 0.00 |
| Account No. | | | | | 5/4/12 | | | | | |
| Internal Revenue Service 1 Kalisa Way Paramus, NJ 07652 | - | | | | Federal tax lien on all assets | | | X | | |
| | | | | | Value $          4,000,000.00 | | | | 9,451.00 | 0.00 |
| Account No. | | | | | 1/24/08 | | | | | |
| Internal Revenue Service 1 Kalisa Way Paramus, NJ 07652 | - | | | | Federal tax lien on all assets | | | X | | |
| | | | | | Value $          4,000,000.00 | | | | 94,300.00 | 0.00 |
| Account No. | | | | | 10/30/07 | | | | | |
| Internal Revenue Service 1 Kalisa Way Paramus, NJ 07652 | - | | | | Federal tax lien on all assets | | | X | | |
| | | | | | Value $          4,000,000.00 | | | | 7,108.00 | 0.00 |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet _1_ of _1_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 212,037.32 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 630,711.05 | 0.00 |

B6E (Official Form 6E) (4/13)

In re      **JEM Sanitation Corp.**                                                                                      Case No. _____**13-11936**_____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any minor other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

### ☐ Domestic support obligations

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

### ☐ Extensions of credit in an involuntary case

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

### ☐ Wages, salaries, and commissions

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

### ■ Contributions to employee benefit plans

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

### ☐ Certain farmers and fishermen

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

### ☐ Deposits by individuals

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

### ☐ Taxes and certain other debts owed to governmental units

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

### ☐ Commitments to maintain the capital of an insured depository institution

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

### ☐ Claims for death or personal injury while debtor was intoxicated

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                        __1__      continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re    **JEM Sanitation Corp.** _____,    Case No. ___**13-11936**_____
                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Local 108 121 E. 24th Street 8th Floor New York, NY 10010 | - | | | | | X | 62,375.00 62,375.00 | 62,375.00 0.00 |
| Account No. | | | | | | | | |
| Local 116 320 Northern Boulevard Suite 20B Great Neck, NY 11021 | - | | | | | X | 24,950.00 24,950.00 | 24,950.00 0.00 |
| Account No. | | | | | | | | |
| Local 813 45-18 Court Square Suite 600 Long Island City, NY 11101 | - | | | | | X | 124,750.00 124,750.00 | 124,750.00 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 212,075.00 | 212,075.00 0.00 |
| Total (Report on Summary of Schedules) | 212,075.00 | 212,075.00 0.00 |

B6F (Official Form 6F) (12/07)

In re    **JEM Sanitation Corp.**                                              Case No.   **13-11936**
                                                                              ,
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No. | | | | | | | | |
| Action Carting Services Inc. 920 E. 143rd St Bronx, NY 10454 | - | | | | | | | 600,000.00 |
| Account No. | | | | | | | | |
| Advanced Enterprises Recycling, Inc. 442 Frelinghuysen Ave Newark, NJ 07114 | - | | | | | | | 67,892.86 |
| Account No. | | | | | | | | |
| Advanced Recovery, Inc. 41 Mechanic St Port Jervis, NY 12771 | - | | | | | | | 35.70 |
| Account No. | | | | | | | | |
| AFCO P.O. Box 360572 Pittsburgh, PA 15260-6572 | - | | | | | | | 35,395.20 |
| **12** continuation sheets attached | | | | | Subtotal (Total of this page) | | | 703,323.76 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **JEM Sanitation Corp.**                                          Case No. ___**13-11936**_____

                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Ambrosio & Tomczak Chiaia & Associates LLC 750 Valleybrook Avenue Lyndhurst, NJ 07071 | - | | | | | | | 1,396.64 |
| Account No. | | | | | | | | |
| Atlantic/DeLage Financial Svcs P.O. Box 41601 Philadelphia, PA 19101-1601 | - | | | | | | | 534.29 |
| Account No. | | | | | | | | |
| Richard Barrera c/o Sean M. Dillion, LLC 70 Hilltop Road Ramsey, NJ 07446 | - | | | | | | | 46,409.50 |
| Account No. | | | | | | | | |
| Belleville Scale P.O. Box 540 Orange Orange, NJ 07051 | - | | | | | | | 5,235.88 |
| Account No. | | | | | | | | |
| Biagiotti Marino & Montecallo Trust Account 190 Moore Street, Ste. 204 Hackensack, NJ 07601 | - | | | | | | | 57,068.98 |

| Sheet no. _**1**_ of _**12**_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 110,645.29 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re __JEM Sanitation Corp.__ _____ Case No. ____13-11936____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Camp Auto & Truck Parts 9 Whitmore Ave Wayne, NJ 07470 | - | | | | | | 1,395.00 |
| Account No. | | | | | | | |
| Chase Card Services P.O. Box 15153 Wilmington, DE 19886-5153 | - | | | | | | 1,002.00 |
| Account No. | | | | | | | |
| Citi Cards P.O. Box 183058 Columbus, OH 43218-3058 | - | | | | | | 9,204.67 |
| Account No. | | | | | | | |
| Constellation Engergy 14217 Collection Center Dr Chicago, IL 60693 | - | | | | | | 13,145.86 |
| Account No. | | | | | | | |
| Covanta Essex P.O. Box 18566 Newark, NJ 07191-8566 | - | | | | | | 698,313.28 |

Sheet no. __2__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

723,060.81

B6F (Official Form 6F) (12/07) - Cont.

In re   **JEM Sanitation Corp.**                                               Case No. ___**13-11936**___
_____ ,
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| David Weber Oil Co. 601 Industrial Road Carlstadt, NJ 07072 | - | | | | | | | 4,447.51 |
| Account No. | | | | | | | | |
| E-Z Pass Customer Service Center P.O. Box 52005 Newark, NJ 07101-8250 | - | | | | | | | 8,043.00 |
| Account No. | | | | | | | | |
| ELS Transfer 100 Baler Blvd North Arlington, NJ 07031 | - | | | | | | | 301,602.29 |
| Account No. | | | | | | | | |
| Empire Commercial Services L.P. 543 Cary Ave Staten Island, NY 10310 | - | | | | | | | 402.00 |
| Account No. | | | | | | | | |
| ESI - Doremus Ave (2) 540 Doremus Avenue Newark, NJ 07105 | - | | | | | | | 67,982.86 |

Sheet no. __3__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                382,477.66

B6F (Official Form 6F) (12/07) - Cont.

In re    **JEM Sanitation Corp.**                                                    Case No. ____**13-11936**____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Firstcare Medical Group 750 Valley Brook Ave Attn: Kathy Gingerelli Lyndhurst, NJ 07071 | | - | | | | | | 892.00 |
| Account No. | | | | | | | | |
| Giaimo & Vreeburg, PC Giaimo Associates, LLP 80-02 Kew Gardens Road Kew Gardens, NY 11415 | | - | | | | | | 28,545.00 |
| Account No. | | | | | | | | |
| Glass Products Etc. Inc. 210 Vanderpool Street Newark, NJ 07114 | | - | | | | | | 279.00 |
| Account No. | | | | Loan payable | | | | |
| Leonard Higgins 367 Moutain Avenue Ridgewood, NJ 07450 | | - | | | | | | 31,397.14 |
| Account No. | | | | | | | | |
| Horowitz Law Group, LLC 101 Eisenhower Parkway Roseland, NJ 07068 | | - | | | | | | 5,933.00 |

Sheet no. __4__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            67,046.14

B6F (Official Form 6F) (12/07) - Cont.

In re   **JEM Sanitation Corp.**                                                    Case No.____**13-11936**_____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>HRI Consulting Inc.<br>380 Lexington Ave<br>17th Floor<br>New York, NY 10168 | - | | | | | | | 565.33 |
| Account No.<br><br>Internal Revenue Service<br>1 Kalisa Way<br>Attn: Nelson Figeroa<br>Paramus, NJ 07652 | - | | | 940 / 941 taxes | | | X | 1,134,187.92 |
| Account No.<br><br>Kotulak & Co., PC<br>1035 Route 46 East, Ste. B-107<br>Attn: Mr. Tom Kotulak<br>Clifton, NJ 07013 | - | | | | | | | 92,465.00 |
| Account No.<br><br>Law office of John R. Altieri<br>25 East Salem Street<br>P.O. Box 279<br>Hackensack, NJ 07602-0279 | - | | | | | | | 7,755.11 |
| Account No.<br><br>Lemcor Inc.<br>170-180 Frelinghuysen Avenue<br>Newark, NJ 07114 | - | | | | | | X | 21,772.78 |

| | | |
|---|---|---|
| Sheet no. **5** of **12** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 1,256,746.14 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **JEM Sanitation Corp.**                                          Case No. ___**13-11936**___
                                                             Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Lexus Financial Services P.O. Box 17187 Baltimore, MD 21297-0511 | - | | | | | | | 2,472.68 |
| Account No. | | | | | | | | |
| Liberty Pest Control 8220 17th Avenue Brooklyn, NY 11214 | - | | | | | | | 2,279.41 |
| Account No. | | | | | | | | |
| Lithomatic Businss Systems 233 West 18th Street New York, NY 10011 | - | | | | | | | 937.25 |
| Account No. | | | | | | | | |
| Local 108 121 East 24th Street 8th Floor New York, NY 10018 | - | | | | | | X | 131,618.78 |
| Account No. | | | | | | | | |
| Local 116 1065 Old Country Road, Ste 202 Westbury, NY 11590 | - | | | | | | X | 41,151.00 |

| Sheet no. _**6**___ of _**12**___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 178,459.12 |
|---|---|---|

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **JEM Sanitation Corp.**                                    Case No. _____**13-11936**_____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. | | | | | | | |
| **Local 813** **45-18 Court Square** **Suite 600** **Long Island City, NY 11101-4347** | - | | | | | X | 1,759,523.74 |
| Account No. | | | | | | | |
| **Mcneilus Branch Pennsylvania** **941 Hemlock Rd** **P.O. Box 219** **Morgantown, PA 19543** | - | | | | | | 546.93 |
| Account No. | | | **Gross Income Tax + State Unemployment Insurance** | | | | |
| **New Jersey Dept. of Revenue** **P.O. Box 632** **Trenton, NJ 08646** | - | | | | | X | 173,922.59 |
| Account No. | | | | | | | |
| **New York State Insurance Fund** **199 Church Street** **New York, NY 10007** | - | | | | | | 11,870.00 |
| Account No. | | | | | | | |
| **NJ Division of Fire Safety** **P.O. Box 809** **Trenton, NJ 08625-0809** | - | | | | | | 1,490.00 |

Sheet no. __**7**__ of __**12**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        1,947,353.26

B6F (Official Form 6F) (12/07) - Cont.

In re    **JEM Sanitation Corp.**
_____ ,
Debtor

Case No. _____**13-11936**_____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| NYC Dep of Finance P.O. Box 2127 New York, NY 10272-2127 | | - | | | | | | 765.00 |
| Account No. | | | | withholding tax + state unemployment insurance | | | | |
| NYS Dept. of Tax & Finance W.A. Harriman Campus, Bldg. 9 Attn: Office of Counsel Albany, NY 12227 | | - | | | | | X | 1,121,132.54 |
| Account No. | | | | | | | | |
| Oxford Health Plans P.O. Box 1697 Newark, NJ 07101-1697 | | - | | | | | | 3,779.08 |
| Account No. | | | | | | | | |
| Pitney Bowes P.O. Box 371887 Pittsburgh, PA 15250-7887 | | - | | | | | | 1,020.57 |
| Account No. | | | | | | | | |
| Prime Uniform 420 51st Street West New York, NJ 07093 | | - | | | | | | 278.00 |

Sheet no. __8__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,126,975.19

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **JEM Sanitation Corp.**                                          Case No.    **13-11936**
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| PSE&G Co. P.O. Box 14104 New Brunswick, NJ 08906-4104 | - | | | | | | | 11,555.36 |
| Account No. | | | | | | | | |
| RLK Transportation 41738 Esterly Drive Columbiana, OH 44408 | - | | | | | | | 34,477.18 |
| Account No. | | | | | | | | |
| S&F Radiator 1022 Tonnelle Avenue North Bergen, NJ 07047 | - | | | | | | | 15.00 |
| Account No. | | | | Loan payable | | | | |
| Lucrectia Santo 51 Summer Hill Road Wayne, NJ 07470 | - | | | | | | | 14,533.97 |
| Account No. | | | | | | | | |
| Super Quality Oil 627 River Drive Garfield, NJ 07026 | - | | | | | | | 32,925.90 |

Sheet no. **9** of **12** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **93,507.41**

B6F (Official Form 6F) (12/07) - Cont.

In re  **JEM Sanitation Corp.**                                            Case No. _____**13-11936**_____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Contingent, disputed withdrawal liability claim as a control group | | | | |
| Teamsters L. 945 Benefit Funds c/o Cohen, Leder, Montalbano 1700 Galloping Hill Road Kenilworth, NJ 07033 | - | | | | X | | X | Unknown |
| Account No. | | | | | | | | |
| TM & M Mechanical 225 W 36th St New York, NY 10018 | - | | | | | | | 2,425.00 |
| Account No. | | | | | | | | |
| Township of Lyndhurst Lyndhurst Town Hall Lyndhurst, NJ 07071 | - | | | | | | | 134.23 |
| Account No. | | | | | | | | |
| Toyota Financial Services P.O. Box 17187 Baltimore, MD 21297-0511 | - | | | | | | | 1,121.97 |
| Account No. | | | | | | | | |
| Travelers CL Remittance Center Hartford, CT 06183-1008 | - | | | | | | | 271.00 |

Sheet no. __10__ of __12__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                3,952.20

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **JEM Sanitation Corp.**                                           Case No. _____**13-11936**_____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| TRC P.O. Box 8500-53878 Philadelphia, PA 19178-3878 | - | | | | | | | 1,811.33 |
| Account No. | | | | | | | | |
| Treasurer - State of NJ P.O. Box 417 Trenton, NJ 08646-0417 | - | | | | | | | 8,200.00 |
| Account No. | | | | | | | | |
| TRS Recovery Services Inc. 21 Griffin Road North Windsor, CT 06095 | - | | | | | | | 30,000.00 |
| Account No. | | | | | | | | |
| Trux Route Management 485 Pinebush Road, Ste. 302 Cambridge, ON N1T0A6 Canada | - | | | | | | | 1,500.00 |
| Account No. | | | | | | | | |
| Verizon P.O. Box 15124 Albany, NY 12212 | - | | | | | | | 146.33 |

Sheet no. __**11**__ of __**12**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

41,657.66

B6F (Official Form 6F) (12/07) - Cont.

In re   **JEM Sanitation Corp.**                                          Case No. ___**13-11936**___
                                                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| David Verzi 226 Wells Street Westfield, NJ 07090 | | - | | | | | | 3,004.40 |
| Account No. | | | | | | | | |
| David Wankoff 767 Third Avenue New York, NY 10017 | | - | | | | | | 459.48 |
| Account No. | | | | | | | | |
| Waste Management 101 Silvia Street Ewing, NJ 08628 | | - | | | | | | 14,974.16 |
| Account No. | | | | | | | | |
| Wells Fargo Financial P.O. Box 6434 Carol Stream, IL 60197-6434 | | - | | | | | | 1,253.24 |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. _**12**_ of _**12**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                                                    19,691.28

Total (Report on Summary of Schedules)                                          6,654,895.92

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                          Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    **JEM Sanitation Corp.**                                                    Case No. _____**13-11936**_____
                                                                        ,
                                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Cellmark, Inc.**<br>**80 Washington Street**<br>**Norwalk, CT 06854** | **Waste Paper Marketing Agreement dated October, 2006**<br>**Expiration date - 5/1/14** |
| **East Coast Toyota Scion**<br>**85 Route 17**<br>**Wood Ridge, NJ 07075** | **Vehicle lease - 2012 Toyota Tacoma**<br>**Maturity date - 4/29/15** |
| **East Coast Toyota Scion**<br>**85 Route 17**<br>**Wood Ridge, NJ 07075** | **Vehicle lease - 2012 Toyota Highland**<br>**Maturity date - 11/15/14** |
| **East Coast Toyota Scion**<br>**85 Route 17**<br>**Wood Ridge, NJ 07075** | **Vehicle lease - 2012 Toyota Prerunner**<br>**Maturity date - 4/29/15** |
| **Local 813**<br>**45-18 Court Square**<br>**Suite 600**<br>**Long Island City, NY 11101-4347** | **Affiliated with International Brotherhood of Teamsters**<br>**Collective Bargaining Agreement** |
| **Local Union 621**<br>**United Workers of America**<br>**367 Long Beach Road, #147**<br>**Island Park, NY 11558** | **Collective Bargaining Agreement** |
| **Page and Schuyler Realty**<br>**367 Mountain Avenue**<br>**Ridgewood, NJ 07450** | **Lease of premises located at 800 Schuyler Avenue, Lyndhurst, NJ 07071 (month to month)** |
| **Waste Material Recycling**<br>**& General Industrial**<br>**121 East 24th Street**<br>**New York, NY 10010** | **Laborers Local 108, L.I.U.N.A., AFL-CIO**<br>**Collective Bargaining Agreement** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **JEM Sanitation Corp.**                                         Case No. _____**13-11936**_____

                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re    __JEM Sanitation Corp.__ 

_____    Case No.    __13-11936__

Debtor(s)    Chapter    __11__

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __25__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __6/26/13__    Signature    _Kenneth J. Santo_

Kenneth J. Santo
President

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.